Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to:<br><br>*Grant Kiser v. Pfizer Inc, et al.* (06-6118 CRB)<br><br>*Connie Friedman-May, et al. v. Pfizer Inc, et al.* (06-6119 CRB)<br><br>*Noralynn Roman, et al. v. Pfizer Inc, et al.* (06-6120 CRB)<br><br>*Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* (06-6121 CRB)<br><br>*Robert McCarrell v. Pfizer Inc, et al.* (06-6124 CRB)<br><br>*Doris Hocker v. Pfizer Inc, et al.* (06-6129 CRB)<br><br>*Patricia Rogers v. Pfizer Inc, et al.* (06-6130 CRB)<br><br>*Robert Bates, et al. v. Pfizer Inc, et al.* (06-6131 CRB)<br><br>*Patrick Lynch v. Pfizer Inc, et al.* (06-6132 CRB)<br><br>*Christine Sullivan, et al. v. Pfizer Inc, et al.* (06-6157 CRB) | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

*Robert E. Murray, et al. v. Pfizer, Inc, et al.* (06-6158 CRB) )

*Donald Davidson, et al. v. Pfizer Inc, et al.* (06-6161 CRB) )

*Delores Poyner v. Pfizer Inc, et al.* (06-6165 CRB) )

*James Chapman, et al. v. Pfizer Inc, et al.* (06-6166 CRB) )

*Michael Aquino, et al. v. Pfizer Inc, et al.* (06-6168 CRB) )

*Marie Shepard, et al. v. Pfizer Inc, et al.* (06-6169 CRB) )

*James I. Jones, et al. v. Pfizer Inc, et al.* (06-6171 CRB) )

*Thomas Kamin, et al. v. Pfizer Inc, et al.* (06-6173 CRB) )

*Ruben Dominguez v. Pfizer Inc, et al.* (06-6180 CRB) )

*Jennie Graziano v. Pfizer Inc, et al.* (06-6186 CRB) )

*Leroy Horton, et al. v. Pfizer Inc, et al.* (06-6190 CRB) )

*Jerry Henry, et al. v. Pfizer Inc, et al.* (06-6091 CRB) )

*Lyle Johnson v. Pfizer Inc, et al.* (06-6194 CRB) )

*Terry Smith v. Pfizer Inc, et al.* (06-6195 CRB) )

*Barbara Dondero, et al. v. Pfizer Inc, et al.* (06-6196 CRB) )

*Barbara Hall v. Pfizer Inc, et al.* (06-6197 CRB) )

*Patricia Parson v. Pfizer Inc, et al.* (06-6198 CRB) )

*Effie Crockett, et al. v. Pfizer Inc et al.* (06-6199 CRB) )

*Lola Kolsen, et al. v. Pfizer Inc, et al.* )

(06-6200 CRB) )

*Louis Pratt v. Pfizer Inc, et al.* (06-6201 CRB) )

*Paul Madison v. Pfizer Inc, et al.* (06-6202 CRB) )

*Nancy Smith, et al. v. Pfizer Inc, et al.* (06-6203 CRB) )

*Walter Johnston v. Pfizer Inc, et al.* (06-6204 CRB) )

*Murry McEwen v. Pfizer Inc, et al.* (06-6205 CRB) )

*Charles Grififn, et al. v. Pfizer, Inc, et al.* (06-6206 CRB) )

*Debbie Dethrage v. Pfizer Inc, et al.* (06-6207 CRB) )

*Thomas Saunders, et al. v. Pfizer Inc, et al.* (06-6208 CRB) )

*Rex McDonald v. Pfizer Inc, et al.* (06-6210 CRB) )

*Winetta P. Gillet, et al. v. Pfizer Inc, et al.* (06-6211 CRB) )

*Marjory Goodwin v. Pfizer Inc, et al.* (06-6212 CRB) )

*Joy Glenn, et al. v. Pfizer Inc, et al.* (06-6213 CRB) )

*Connie Henderson, et al. v. Pfizer Inc, et al.* (06-6283 CRB) )

*Aubrey Richardson, et al. v. Pfizer Inc, et al.* (06-7201 CRB) )

*Glenn Snyder, et al. v. Pfizer Inc, et al.* (06-7202 CRB) )

*Jacques Tetrault, et al. v. Pfizer Inc, et al.* (06-7203 CRB) )

*Patricia Stevens v. Pfizer Inc, et al.* (06-7204 CRB) )

*Robert Jennings, et al. v. Pfizer Inc, et al.* (06-7205 CRB) )

*Alice Richardson, et al. v. Pfizer Inc, et al.*
(06-7206 CRB)

*Steve Pardikes v. Pfizer Inc, et al.*
(06-7306 CRB)

*Rosalyn Chute v. Pfizer Inc, et al.*
(06-7381 CRB)

*Carolyn Carter v. Pfizer Inc, et al.*
(06-7570 CRB)

*Margoth Gonzalez v. Pfizer Inc, et al.*
(06-7571 CRB)

*Albert Blossom, et al. v. Pfizer Inc, et al.*
(06-7676 CRB)

*Viola Porter v. Pfizer Inc, et al.*
(06-7882 CRB)

*Tami McKibben, et al. v. Pfizer Inc, et al.*
(06-7883 CRB)

*Joyce Matson, et al. v. Pfizer Inc, et al.*
(06-7958 CRB)

*Michael Gatz, v. Pfizer Inc, et al.*
(06-7959 CRB)

*Shamela Carr v. Pfizer Inc, et al.*
(07-0022 CRB)

*John Kennedy, Jr., et al. v. Pfizer Inc, et al.*
(07-0023 CRB)

*Debi Sweet v. Pfizer Inc, et al.*
(07-0231 CRB)

*Clarence Bridges v. Pfizer Inc, et al.*
(07-0413 CRB)

*Elizabeth Hilton, et al. v. Pfizer Inc, et al.*
(07-0611 CRB)

*Jeffrey Howard, et al. v. Pfizer Inc, et al.*
(07-0816 CRB)

*Brenda Brunson, et al. v. Pfizer Inc, et al.*
(07-1280 CRB)

*Bernadette Wilson-Blakeney v. Pfizer Inc, et al.*
(07-1353 CRB)

*Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB)

*Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB)

*Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB)

*Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB)

*Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB)

*Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB)

*Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB)

*Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB)

*Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB)

*Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB)

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009 By: ______________________

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009 By: ______________________

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 13 2009 ______________________
Hon. Charles R. Breyer
United States District Court